Andrea Dobin, Trustee
MCMANIMON SCOTLAND & BAUMANN, LLC
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070

---

In re: : 
 : Case No. 20-16365(KCF)
 COLE, Ebony Ancheta, :
 : Chapter 7
 Debtor :
 :

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION(S)**

Trustee Andrea Dobin objects to the exemptions claimed by the Debtor(s) under the subsections noted below for the reasons set forth for each section.

**[ XX]   The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(1) for the following reason(s):**

[ ]   The property proposed to be exempt is not used by the Debtor(s) or dependent(s) as a principal residence

[ ]   The Debtor(s) have no ownership interest in the real estate proposed to be exempted.

[ XX]   **The amount claimed as exempt exceeds the statutory exemption and/or the Debtor is claiming "100% of the fair market value, up to any applicable statutory limit" making it impossible for the Trustee to know how much of the exemption applies.**

[ ]   OTHER:_____

**[ XX]   The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(2) for the following reasons:**

[XX ]   **The Debtor(s) have claimed an exemption in more than one vehicle per debtor and the Debtor has claimed "100% of the fair market value, up to any applicable statutory limit" making it impossible for the Trustee to know how much of the exemption applies.**

[ ]   The amount claimed as exempt exceeds the statutory exemption

[ XX]   OTHER: **The Debtor is applying this exemption to assets that are not vehicles**_____

**[ ]   The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(3) for the following reasons:**

[ ] Based upon the Debtors' testimony, the Trustee believes that there is a good faith reason to believe that a particular item included in the claimed exemption exceeds the statutory per item cap
[ ] The items proposed to be exempt are not held by the Debtor for personal family or household use of the Debtor(s) or their dependents.
[ ] The amount claimed as exempt exceeds the statutory exemption.
[ ] OTHER:_____

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(4) for the following reasons:**

[ ] The items proposed to be exempt are not held by the Debtor for personal family or household use of the Debtor(s) or their dependents.
[ ] The amount claimed as exempt exceeds the statutory exemption.
[ ] OTHER:_____

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(5) for the following reasons:**

[ ] The amount claimed as exempt exceeds the statutory exemption.
[ ] OTHER:_____

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(6) for the following reasons:**

[ ] The property proposed to be exempt is not used by the Debtor as implements, professional books or tools of the trade of the debtor or dependent.
[ ] The amount claimed as exempt exceeds the statutory exemption.
[ ] OTHER:_____

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(7) for the following reasons:**

[ ] The life insurance contract proposed to be exempted is a whole life policy.
[ ] The life insurance has matured and paid and, thus, this subsection does not apply
[ ] OTHER:_____

**[ ] The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(8) for the following reasons:**

[ ] The amount claimed as exempt exceeds the statutory exemption.
[ ] OTHER:_____

4812-9033-5686, v. 1

[ ]     **The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(10) for the following reasons:**

   [ ]   The asset proposed to be exempt does not qualify as one of the enumerated types of payments entitled to be exempt for the following reason:_____
   [ ]   The Debtor's right to receive matured pre-petition and, thus, this exemption does not apply.
   [ ]   OTHER:_____

**[XXX]** **The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(11) for the following reasons:**

   [ ]   The amount claimed as exempt exceeds the amount necessary for the support of the Debtor or dependent.
   [ ]   The amount claimed as exempt relating to a personal bodily injury claim exceeds the statutory limit.
   [ ]   The amount claimed as exempt is not in compensation of loss of future earnings of the Debtor or an individual on whom the Debtor is dependent, but, rather, a loss of <u>past</u> earnings.
   **[XXX]        OTHER:**
   **(1) The Debtor has improperly claimed an exemption in a TWO pieces of litigation jointly.**
   **(2)   One piece of litigation is not a personal injury case.**
   **(3)   The Debtor claims "100% of the fair market value, up to any applicable statutory limit" making it impossible for the Trustee to know how much of the exemption applies.**

[ ]     **The Trustee objects to the Debtor's claim of exemption pursuant to 11 U.S.C. 522(d)(12) for the following reasons:**

   [ ]   The funds claimed to be exempt are not an account exempt from taxation under one of the enumerated sections of the Internal Revenue Code.
   [ ]   OTHER:_____

**WHEREFORE,** the Trustee requests entry of an Order striking the improperly claimed exemption in its entirety with prejudice.

                              Respectfully submitted


                              */s/ Andrea Dobin*
                              _____
                              Andrea Dobin